1 | STEVEN W. MYHRE
Acting United States Attorney
2 | District of Nevada

3 | MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
4 | Social Security Administration, Region IX
160 Spear Street, Suite 800
5 | San Francisco, California 94105
Tel: (415) 977-8929
6 | Fax: (415) 744-0134
E-mail: margaret.branick-abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARIN H. KLEIN, | ) |
| Plaintiff, | ) Case No.: 2:16-cv-02673-RFB-CWH |
| vs. | ) **[PROPOSED] ORDER** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should automatically be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. *See* 42 U.S.C. § 405(g).

[Proposed] Order; 2:16-cv-02673-RFB-CWH

Having considered Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

IT IS ORDERED that the above-captioned matter be remanded to Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, for further administrative proceedings. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to further consider the medical evidence, including but not limited to the medical opinions, to obtain additional consultative examination(s) as necessary, to further evaluate Plaintiff's residual functional capacity, to obtain additional vocational expert testimony if appropriate, and to take further action as necessary to complete the administrative record.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant.

DATE: November 14, 2017

_____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order; 2:16-cv-02673-RFB-CWH