**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

KARIN H. KLEIN,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

        Defendant.

Case No. 2:16-cv-02673-RFB-CWH

**<u>ORDER</u>**

        Presently before the court is Plaintiff Karin H. Klein's motion to reopen case (ECF No. 25), filed on November 21, 2017. Plaintiff requests that the court reopen the case because she did not have the opportunity to respond to the Commissioner of Social Security's ("Commissioner") motion to remand (ECF No. 18) before it was granted. Having read and considered Plaintiff's arguments, and good cause appearing, the court will grant the motion.

        IT IS THEREFORE ORDERED that Plaintiff Karin H. Klein's motion to reopen case (ECF No. 25) is GRANTED.

        IT IS FURTHER ORDERED that the court's order (ECF No. 21) granting the motion to remand is VACATED.

        IT IS FURTHER ORDERED that the clerk's judgment (ECF No. 22) is VACATED.

        IT IS FURTHER ORDERED that in light of the Commissioner's notice of withdrawal of her cross-motion to affirm (ECF No. 20), the court's report and recommendation (ECF No. 17) is WITHDRAWN.

/ / /

1    IT IS FURTHER ORDERED that the Commissioner's motion to remand (ECF No. 21) is
2 REINSTATED.  The Commissioner must reply to Plaintiff's opposition to the motion to remand
3 (ECF No. 23) by December 5, 2017.

    DATED: November 28, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**